IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RHAWNIE MARCELLAIS,<br><br>    Defendant. | Case No. 3:23-cr-33<br><br>**UNITED STATES' WITNESS LIST** |

The United States submits the following list of prospective witnesses in this case:

1. Jamie Lynn Azure
2. TMCW Investigator Jarrid Azure
3. Bernadette Baker
4. Bonita Belgarde
5. Stevie Charbonneau Buckley
6. Special Agent Amy Chandler, FBI
7. Courtney Charbonneau
8. Dr. Gregory Culver
9. Officer Dexter Davis
10. Gaileen Davis
11. Michelle Davis
12. Nathan Davis
13. Susan Davis
14. Annmarie Decoteau

15. Dave Decoteau Jr.
16. Shadilyn Demery
17. Daniel Falcon
18. Dr. Mark A. Frazier
19. Mary Gamas
20. Danny Geraldo
21. Dawn Grant, RN
22. Shannon Hilfer
23. Melvin Laducer
24. Dr. Angela Larocque
25. Chaynee Marcellias
26. Lucas Marcellias
27. Zeke Marcellias
28. Dana Martell
29. Tracy Maxon
30. Officer Jared Morin
31. CPI Duran Parisien
32. Renee Pinder
33. Katie Simmons
34. Officer Michael Slater
35. SMP Health
36. Sevant Taft

37. Lindsey Wittmayer

Dated: June 18, 2024

        MAC SCHNEIDER
        United States Attorney

By:   /s/ *Dawn M. Deitz*
      DAWN M. DEITZ
      Assistant United States Attorney
      ND Bar ID 06534
      dawn.deitz@usdoj.gov

      SHERALYNN TERNES
      Assistant United States Attorney
      ND Bar No. 08412
      SheraLynn.Ternes@usdoj.gov

      Quentin N. Burdick U. S. Courthouse
      655 First Avenue North - Suite 250
      Fargo, ND  58102-4932
      (701) 297-7400
      Attorneys for United States