USA v. Rhawnie Marcellais
Case No. 3:23-cr-00033
Government's Exhibit List

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | Video: Vivint surveillance (4m 58s) (Bates 000001) | | | | | | | | |
| 2 | | | Video: Vivint surveillance (4m 59s) (Bates 000002) | | | | | | | | |
| 3 | | | Video: Vivint surveillance (4m 59s) (Bates 000003) | | | | | | | | |
| 4 | | | Video: Vivint surveillance (4m 58s) (Bates 000004) | | | | | | | | |
| 5 | | | Video: Vivint surveillance (4m 58s) (Bates 000005) | | | | | | | | |
| 6 | | | Video: Vivint surveillance (4m 58s) (Bates 000006) | | | | | | | | |
| 7 | | | Photo: C.M. injury on neck (Bates 000135) | | | | | | | | |
| 8 | | | Photo: C.M. injury on collarbone (Bates 000136) | | | | | | | | |
| 9 | | | Screencap: Forensic Interview of C.M. (Bates 001457) | | | | | | | | |
| 10 | | | Video: Forensic Interview of C.M. (2hr 12m 32s) (Bates 001457) | | | | | | | | |
| 11 | | | C.M. drawing of house layout (Bates 000634) | | | | | | | | |
| 12 | | | Certificate of Indian Blood: Rhawnie Glyn Marcellais (Bates 000264) | | | | | | | | |
| 13 | | | BIA Land Status: 88 William Hardesty St., Belcourt, ND (Bates 000266) | | | | | | | | |
| 14 | | | BIA Land Status: 4231 Hwy 281, Belcourt, ND (Bates 000225) | | | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all Purposes                    June 21, 2024 (2:19PM)

USA v. Rhawnie Marcellais
Case No. 3:23-cr-00033
Government's Exhibit List

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | | | Video: 8/27/22 Sky Dancer Casino Surveillance (2m 3s) (Bates 001765) | | | | | | | | |
| 16 | | | Photo: 8/27/22 S.D. injuries (Bates 000149) | | | | | | | | |
| 17 | | | Photo: 8/27/22 S.D. injuries (Bates 000150) | | | | | | | | |
| 18 | | | Photo: 8/27/22 S.D. injuries (Bates 000151) | | | | | | | | |
| 19 | | | Photo: S.D. injuries to forehead (Bates 000169) | | | | | | | | |
| 20 | | | Photo: S.D. injuries to forehead (Bates 000170) | | | | | | | | |
| 21 | | | Photo: S.D. injuries to lips/face (Bates 000172) | | | | | | | | |
| 22 | | | Photo: S.D. injuries to eyes/face (Bates 000173) | | | | | | | | |
| 23 | | | Photo: S.D. arm/shoulder injuries (Bates 000185) | | | | | | | | |
| 24 | | | Photo: S.D. arm injuries (Bates 000187) | | | | | | | | |
| 25 | | | Photo: S.D. face closeup (Bates 000188) | | | | | | | | |
| 26 | | | Photo: S.D. jaw/face closeup (Bates 000191) | | | | | | | | |
| 27 | | | Photo: S.D. face injuries (Bates 000192) | | | | | | | | |
| 28 | | | Photo: S.D. arm injuries (Bates 000194) | | | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all Purposes                    June 21, 2024 (2:19PM)

USA v. Rhawnie Marcellais
Case No. 3:23-cr-00033
Government's Exhibit List

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | | Photo: S.D. waist/side injuries (Bates 000196) | | | | | | | | |
| 30 | | | Photo: S.D. forearm injuries (Bates 000198) | | | | | | | | |
| 31 | | | Photo: S.D. chest injuries (Bates 000204) | | | | | | | | |
| 32 | | | Photo: 2013 Ford Explorer XLT damage (Bates 000177) | | | | | | | | |
| 33 | | | Photo: 2013 Ford Explorer XLT damage closeup (Bates 000178) | | | | | | | | |
| 34 | | | Photo: 2013 Ford Explorer XLT damage (Bates 000181) | | | | | | | | |
| 35 | | | Photo: Dave Decoteau home (Bates 000714) | | | | | | | | |
| 36 | | | Photo: 2013 Ford Explorer XLT driver's side (Bates 000727) | | | | | | | | |
| 37 | | | Photo: 2013 Ford Explorer XLT driver's side closeup (Bates 000728) | | | | | | | | |
| 38 | | | Photo: 2013 Ford Explorer XLT driver's side doorhandle (Bates 000729) | | | | | | | | |
| 39 | | | Photo: 2013 Ford Explorer XLT rear passenger door (Bates 000730) | | | | | | | | |
| 40 | | | Photo: 2013 Ford Explorer XLT rear passenger door closeup (Bates 000731) | | | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all Purposes                    June 21, 2024 (2:19PM)

USA v. Rhawnie Marcellais
Case No. 3:23-cr-00033
Government's Exhibit List

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | | | Photo: 2013 Ford Explorer XLT driver's door closeup (Bates 000732) | | | | | | | | |
| 42 | | | Neameyer Body Shop, LLC – 2013 Ford Explorer XLT Vehicle Report Estimate; 902 Certification (Bates 001717–1720) | | | | | | | | |
| 43 | | | Munro Motor Co. – 2013 Ford Explorer XLT Vehicle Report Estimate; 902 Certification (Bates 001722–1726) | | | | | | | | |
| 44 | | | Messages between Rhawnie Marcellais & Leslie Decoteau (Bates 001871–1872) | | | | | | | | |
| 45 | | | Audio: Rhawnie Marcellais Interview 11/3/22 (15m 5s) *(redacted)* (Bates 001888) | | | | | | | | |
| | | | **COURT EXHIBIT A** 2018 Calendar (Bates 001521) | | | | | | | | |
| | | | **COURT EXHIBIT B** 2019 Calendar (Bates 001522) | | | | | | | | |
| | | | **COURT EXHIBIT C** 2020 Calendar (Bates 001523) | | | | | | | | |
| | | | **COURT EXHIBIT D** 2021 Calendar (Bates 001524) | | | | | | | | |
| | | | **COURT EXHIBIT E** 2022 Calendar (Bates 001525) | | | | | | | | |
| | | | **COURT EXHIBIT F** 2023 Calendar (Bates 001526) | | | | | | | | |

\*F-Foundation only
\*A-Admitted into Evidence for all Purposes                    June 21, 2024 (2:19PM)

USA v. Rhawnie Marcellais
Case No. 3:23-cr-00033
Government's Exhibit List

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **COURT EXHIBIT G** <br> Michelle Davis Statement Form 1/1/2021 (Bates 000119) | | | | | | | | |
| | | | **COURT EXHIBIT H** <br> 960 SCAN (Bates 001561–1564) | | | | | | | | |
| | | | **COURT EXHIBIT I** <br> Transcript of Rhawnie Marcellais Interview 11/3/22 <br> (Bates 001582–1636) | | | | | | | | |
| | | | **COURT EXHIBIT J** <br> Transcript of Rhawnie Marcellais Interview 11/3/22 *(redacted)* <br> (Bates 001889–1897) | | | | | | | | |
| | | | **COURT EXHIBIT K** <br> Transcript of Rhawnie Marcellais Transport 3/6/23 <br> (Bates 001565–1581) | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all Purposes                                    June 21, 2024 (2:19PM)