UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>-vs-<br><br>Rhawnie Marcellais,<br><br>Defendant. | **MOTION TO MODIFY CONDITIONS OF RELEASE**<br><br>Case No. 3:23-CR-00033 |

¶ 1. On behalf of Defendant, Rhawnie Marcellais, by her attorneys, Sand Law, PLLC:

¶ 2. <u>Motion</u>:

    a. Defendant hereby moves this Court to modify the currently in place Conditions of Release to permit Defendant to have contact with her daughter, C.M., and son, Z.M.

¶ 3. <u>Case History and facts</u>:

    a. The Jury Trial in this matter has now concluded. Any concerns regarding potential witness tampering are now moot.

    b. The Government has indicated they are opposed to such modification.

¶ 4. <u>CONCLUSION</u>:

    a. On this basis, Counsel for Defendant humbly request that this Court hold a Hearing on the matter and permit Defendant to have contact with her daughter, C.M., and son, Z.M.

Dated: 6/28/2024

**SAND LAW, PLLC**
*Counsel for Defendant*

/s/ Philip Becher
Philip Becher (#08885)
PO Box 1656
Bismarck, ND 58502
Phone: (701) 609-1510
Email: phil@sandlawnd.com