# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 3:23-cr-33 |
| Rhawnie Marcellais, | ) | |
| | ) | |
| Defendant. | ) | |

---

After a four day jury trial, Defendant Rhawnie Marcellais was convicted of child abuse in Indian Country, assault with a dangerous weapon, and malicious mischief. Doc. 127. She is currently detained and awaiting sentencing. Marcellais moves to modify a no-contact order so that she may contact C.M., her daughter and a victim in this case. Doc. 125. The United States opposes the motion. Doc. 131. Given Marcellais' pretrial behavior and her conviction, the Court finds it would not be appropriate to allow contact at this time. Her motion to modify and for a hearing (Doc. 125; Doc. 130) are **DENIED**.

**IT IS SO ORDERED.**

Dated this 2nd day of July, 2024.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court